[No. 36805-6-II. Division Two. March 31, 2009.]

H. CRAIG SCHWEIKART, *Individually and as Personal Representative*, ET AL., *Respondents*, v. FRANCISCAN HEALTH SYSTEM-WEST, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-05927-7, Serjio Armijo and Kathryn J. Nelson, JJ., entered September 14, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36860-9-II. Division Two. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN R. YORK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00107-7, Toni A. Sheldon, J., entered October 15, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 36866-8-II. Division Two. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTON LINDBECK, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 92-1-00036-7, E. Thompson Reynolds, J., entered September 13, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.